IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

**CASE# 15-cv-61896-WJZ**

IN RE THE APPLICATION OF:

Przemuslaw Michael Lotocki

    Plaintiff/Petitioner,

Vs.


Yurislay Silva Molina

    Defendant/Respondent,

_____,

## PETITIONER'S MOTION FOR EXPEDITED DISCOVERY

    COMES NOW, Petitioner/Father PRZEMYSLAW MICHAL LOTOCKI, who respectfully moves that this Honorable Court enter an Order to permit discovery to begin forthwith and conclude on the day prior to the final injunctive hearing to be set by this Court. As grounds therefore, your undersigned would state the following:

1. Negotiations entered into by the parties have failed in this matter regarding a resolution in this case before Judge Hunt. The details and reasons for said failures are set forth in the Petitioner's Motions filed of record on Tuesday, April 12, 2016.

2. A hearing was set for April 13, 2016 and Respondent's attorney declared and ultimately Magistrate Judge Hunt declared an impasse in this matter.

3. In view of the foregoing, it will be necessary for a final injunctive hearing to be set by this Court prior to the time that the Petitioner's visa expires on May 7, 2016.

4. In view of the fact that Respondent has raised certain affirmative defenses including the affirmative "well settled" defense, it is imperative that undersigned counsel

conduct immediate discovery to learn the Respondent's position regarding the "well settled" defense as well as other affirmative defenses raised by Respondent.

5. It is also necessary to learn who the Respondent plans to call as witnesses in the final injunctive hearing so that these witnesses and Respondent may be deposed as well.

6. Rule 26 of the Federal Rules of Criminal Procedure governs discovery in this case. However, the times frames under Rule 26 are unworkable due to the fact that Petitioner's visa will expire on May 7, 2016 and that he must depart for Europe thereafter.

7. In view of this factor undersigned asks that an expedited discovery order be entered by this Court and that a final injunctive hearing be set.

8. Undersigned counsel is unavailable on the afternoon of April 27, 2016-April 29, 2016 since he will out of town in Tallahassee, Florida. Undersigned counsel requests that the final injunctive hearing not be set on those dates.

WHEREFORE, based on the foregoing, your undersigned respectfully requests that this instant Motion for Expedited Discovery and a setting of a final injunctive hearing be GRANTED.

Respectfully submitted,

/S/ Michael B. Cohen

_____

MICHAEL B. COHEN, ESQ.

Florida Bar No:  210196

## **CERTIFICATE OF SERVICE**

   IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was furnished via CMECF E-Filing to all applicable parties on April 13, 2016.

              Respectfully submitted,

              /S/ Michael B. Cohen

              _____

              Michael B. Cohen, Esq.
              Florida Bar No: 210196
              6400 North Andrews Ave
              Suite 505
              Fort Lauderdale, Florida 33309
              Ph (954) 928-0059
              Fax (954) 928-0828
              e mail: mcohenlaw@aol.com