UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61896-CIV-ZLOCH

PREZEMULSAW MICHAEL LOTOCKI,

       Plaintiff,

**ORDER SETTING STATUS CONFERENCE**

vs.

YURISLAY SILVA MOLINA,

       Defendant.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that a Status Conference is hereby **SET** in the above-styled cause before this Court on <u>Thursday, April 21, 2016</u>, at <u>2:00 P.M.</u> before the Honorable William J. Zloch, in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _14th_ day of April, 2016.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record